# UNITED STATES ARMY COURT OF CRIMINAL APPEALS

Before
BURTON, HAGLER, and SCHASBERGER
Appellate Military Judges

**UNITED STATES, Appellee**
**v.**
**Sergeant First Class PAUL E. THOMAS**
**United States Army, Appellant**

ARMY MISC 20170643

For Petitioner:  Colonel Mary J. Bradley, JA; Captain Zachary A. Gray, JA (on brief).

18 April 2018

---------------------------------------------------
SUMMARY DISPOSITION AND ACTION ON
PETITION FOR EXTRAORDINARY RELIEF IN
THE NATURE OF A WRIT OF *MANDAMUS*
---------------------------------------------------

BURTON, Senior Judge:

Petitioner, who was convicted at a general court-martial, pursuant to his pleas, of one specification of willful disobedience of a superior commissioned officer, four specifications of violating a lawful general regulation, one specification of false official statement, and two specifications of assault consummated by a battery, in violation of Articles 90, 92, 107, and 128, Uniform Code of Military Justice, 10 U.S.C. §§ 890, 892, 907, 928 (2012) [hereinafter UCMJ], is not entitled to relief in the form of this court directing the convening authority to retract final action and petitioner's Department of Defense Form 214 [hereinafter DD 214].  On 6 February 2018, we issued an order directing petitioner to submit supporting documents substantiating the basis of his writ of mandamus to this court.  We find that the documents submitted by petitioner failed to substantiate his writ of mandamus. Accordingly, we deny this petition.

NOW, THEREFORE, IT IS ORDERED:

This petition is DENIED.

Judge HAGLER and Judge SCHASBERGER concur.

FOR THE COURT:

MALCOLM H. SQUIRES, JR.
Clerk of Court